Estate of Frederick M. Crane.    Appeal of William S. Hassell, Committee in Lunacy of Olivia M. Crane.

Argued Feb. 28, 1896. Appeal, No. 215, Jan. T., 1896, by William S. Hassell, Committee in Lunacy of Olivia M. Crane, from decree of O. C. Wayne Co., No. 402, Docket I, sustaining exceptions to an executor's account. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL and FELL, JJ. Reversed.

OPINION BY MR. JUSTICE FELL, April 6, 1896:

For the reasons stated in Torry's Appeal, supra, 613, in which the opinion of the court has been filed, the order of the orphans' court is reversed and set aside.